IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD PAUL SHOVER, II, | : | |
| Petitioner | : | |
| | : | CIVIL NO. 3:17-CV-0518 |
| v. | : | |
| | : | (Judge Nealon) |
| JESSICA E. BRUBAKER, JUDGE, | : | (Magistrate Judge Saporito) |
| Respondent | : | |

## ORDER

**NOW**, **THIS 15TH DAY OF MAY, 2017,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 7), is **ADOPTED**;

2. The petition for habeas corpus, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**